UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>           Plaintiff,<br><br>     v.<br><br>C. SISODIA,<br><br>           Defendant. | 1:15-cv-00640-LJO-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF NO. 25)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE DOCKET SHEET |

     Ronald Young ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The case is now proceeding on Plaintiff's Second Amended Complaint.  (ECF Nos. 19, 20, & 23).

     On December 9, 2016, the Court directed Plaintiff to complete and return certain service documents within thirty days.  (ECF No. 24).  The Court also notified Plaintiff that failure to complete and return the service documents within the 30 days could result in dismissal of this action.  (Id. at p. 2).  The time period expired and Plaintiff had not returned the service documents.  Therefore, on February 9, 2017, the Court issued an order to show cause, ordering Plaintiff to show cause why the Court should not issue findings and recommendations that recommend dismissing this case for failure to comply with a court order.  (ECF No. 25).  The Court noted that if Plaintiff completed and returned the service documents within thirty days of the date of service of the order to show cause the Court would discharge the order to show cause.  (Id. at p. 1).  Plaintiff submitted the service documents on February 21, 2017.

///

(ECF No. 27).[1]

Accordingly, IT IS ORDERED that:

1. The order to show cause (ECF No. 25) is DISCHARGED; and
2. The Clerk of Court is directed to send Plaintiff a copy of the docket sheet.

IT IS SO ORDERED.

Dated: **March 3, 2017**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also filed a response to the order to show cause. (ECF No. 26). In the response Plaintiff states that he mailed the service documents to the Court when he was first directed to, and he attached a proof of service dated December 28, 2017. Plaintiff also requests a copy of the docket sheet. The Court will grant this request.