# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C. SISODIA,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-00640-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER 1) COMPLETE COURT DOCKET SHEET; 2) TWO COURT HEARING MINUTE ORDERS; AND 3) TWO COURT HEARING TRANSCRIPTS<br><br>(ECF NO. 45) |

On July 27, 2017, Plaintiff filed a motion ("the Motion") requesting that the Court provide him: 1) a complete Court docket sheet; 2) the Court minute orders for the hearings on May 31, 2017, and June 19, 2017; 3) Court transcripts for the hearings on May 31, 2017, and June 19, 2017; and 4) "Conforment [sic] filed copy of notice of appeal and request to stay all actions in abeyance pending appellate court review challenging the Court['s] orders ID. above." (ECF No. 45).

Plaintiff's requests will be denied. To begin, Plaintiff does not explain why he needs any of the documents he requests. Plaintiff states that he is requesting these documents to support his appeal, but the Ninth Circuit has issued an order dismissing Plaintiff's appeal (ECF No. 44). Moreover, there are no minute orders or transcripts for a hearing on May 31, 2017, or on June 19, 2017, because the Court did not have any hearings on those dates.

Accordingly, based on the foregoing, the Motion is DENIED.
IT IS SO ORDERED.

Dated: **July 31, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1