# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>C. SISODIA,<br><br>      Defendant. | Case No. 1:15-cv-00640-LJO-EPG (PC)<br><br>ORDER AFTER INITIAL SCHEDULING CONFERENCE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF ORDER REQUIRING INITIAL DISCLOSURES AND SETTING AN INITIAL SCHEDULING CONFERENCE (ECF NO. 36). |

      This Court conducted a scheduling conference on September 20, 2017. Plaintiff Ronald Young telephonically appeared on his own behalf. Deputy Attorney General Brian Chan and Supervising Deputy Attorney General Christopher Becker telephonically appeared on behalf of Defendant.

      At the conference, the Court confirmed that, despite being ordered to do so by the Court (see ECF No. 36), Plaintiff did not provide Defendant with his initial disclosures or file a scheduling conference statement. Plaintiff was served with the order and indeed attached the order in his motion for a preliminary injunction (ECF No. 46, p. 9-12).

      The Court also asked Plaintiff if he was prepared to go forward with his case. Plaintiff stated that he was not prepared to go forward.

      After hearing from all parties, the Court continued the conference and gave Plaintiff another chance to serve his initial disclosures and file a scheduling conference statement, and generally prepare himself to go forward with his case. The Court reviewed the Court's prior order and described what was needed from him.

      Accordingly, as stated on the record at the conference, IT IS ORDERED THAT:

      1.      The Initial Scheduling Conference is continued to November 13, 2017, at 1:30

p.m. To join the conference, each party is directed to call the toll−free telephone number **(888) 251−2909** and use **Access Code 1024453.** Any party that is not incarcerated is welcome to appear in person, but personal appearance is not required;

2. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the continued conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. Prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance;

3. Plaintiff has until October 20, 2017, to serve his initial disclosures on Defendant;

4. Plaintiff has until November 6, 2017, to file his scheduling conference statement with the Court;

5. The Clerk of Court is directed to send Plaintiff a copy of the order requiring initial disclosures and setting an initial scheduling conference (ECF No. 36); and

6. Failure to comply with this order may result in dismissal of this case for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **September 20, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE