UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>C. SISODIA,<br><br>        Defendant. | Case No. 1:15-cv-00640-LJO-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION BE DENIED AS MOOT<br><br>(ECF NO. 46)<br><br>OBJECTIONS, IF ANY, DUE WITHIN TWENTY-ONE DAYS |

Ronald Young ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2017, Plaintiff filed a motion for a preliminary injunction ("the Motion"). (ECF No. 46). The Court brought the Motion up at the initial scheduling conference that was held on November 13, 2017. Defendant argued that the Motion is moot because Plaintiff was transferred to a different institution. Plaintiff agreed.

Accordingly, **IT IS HEREBY RECOMMENDED** that the Motion be DENIED as moot.

These Findings and Recommendations will be submitted to the United States district court judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within **twenty-one (21) days** after being served with a copy of these findings and recommendations, any

1

party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within **ten (10) days** after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __November 16, 2017__   /s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE