# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG, | Case No. 1:15-cv-00640-LJO-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST TO CHANGE ADDRESS TO A P.O. BOX IN PASADENA |
| v. | |
| C. SISODIA, | (ECF NO. 68) |
| Defendant. | ORDER FOR PLAINTIFF TO FILE NEW NOTICE OF CHANGE OF ADDRESS WITHIN FOURTEEN DAYS |
| | ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND A CHANGE OF ADDRESS FORM TO PLAINTIFF AT CENTINELA STATE PRISON, SALINAS VALLEY STATE PRISON, AND P.O. BOX 91172, PASADENA, CALIFORNIA, 91109 |

Ronald Young ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 20, 2017, Plaintiff filed a notice of change of address, requesting that his address be changed to a post office box in Pasadena, California. (ECF No. 68).

It does not appear that this is Plaintiff's own address. Plaintiff is incarcerated, but the P.O. Box is not associated with a prison.

Plaintiff may only be served at his own address, unless he is represented by an attorney who appears for Plaintiff in the case. There is no Federal Rule of Civil Procedure or Local Rule allowing service at an address other than a *pro se* litigant's actual address. Local Rule 131(a), Local Rule 182(f), and Local Rule 183(b) require a *pro se* litigant like Plaintiff to

1

inform the Court of his address and to keep the Court informed of any change to his address. Moreover, serving Plaintiff at a location other than his place of residence could create significant problems with ensuring that Plaintiff receives all court documents, meets court deadlines, and prepares and signs all of his own legal documentation as a party proceeding *pro se*.

According to the Court's docket, Plaintiff's current address is: Centinela State Prison (911), P.O. Box 911, Imperial, CA 92251-0911. However, the Court has concerns that this may not be his current address either.

Therefore, the Clerk of Court shall be directed to send Plaintiff a change of address form. Plaintiff will be required to complete and return the form to the Court within **fourteen (14) days** from the date of service of this order. Plaintiff is cautioned that *pro se* litigants are required to notify the Clerk and all other parties of any change of address, and that absent such notice service of documents at Plaintiff's prior address shall be fully effective. Local Rule 182(f). Moreover, Plaintiff's failure to comply with a court order or Local Rule may be grounds for dismissal of this action. Local Rule 110.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to change his address of record to a post office box in Pasadena, California, which filed on November 20, 2017, is DENIED;
2. The Clerk of Court is DIRECTED to send a change of address form and a copy of this order to Plaintiff at: Centinela State Prison (911), P.O. Box 911, Imperial, CA 92251; Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960; and P.O. Box 91172, Pasadena, California, 91109;
3. Plaintiff is required to file a new notice of change of address, notifying the Court of his actual address of residence, within **fourteen (14) days** of the date of service of this order; and

\\\
\\\
\\\

4. Failure to comply with this order could result in a recommendation that Plaintiff's case be dismissed.

IT IS SO ORDERED.

Dated: **November 27, 2017**           /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE