# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>C. SISODIA,<br><br>    Defendant. | Case No. 1:15-cv-00640-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF. NOS. 46 & 66) |

Ronald Young ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2017, Plaintiff filed a motion for a preliminary injunction ("the Motion"). (ECF No. 46).

On November 17, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the Motion be denied as moot. (ECF No. 66). The parties were provided an opportunity to file objections to the findings and recommendations within twenty-one days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on November 17, 2017, are ADOPTED in full; and

1

2. The Motion is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 19, 2017**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE