UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>C. SISODIA,<br><br>        Defendant. | Case No. 1:15-cv-00640-LJO-EPG (PC)<br><br>ORDER FOLLOWING DISCOVERY AND STATUS CONFERENCE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF SCHEDULING ORDER (ECF NO. 67) |

Ronald Young ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 9, 2018, the Court held a Discovery and Status Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Brian Chan and Lawrence Bragg telephonically appeared on behalf of Defendant.

As stated on the record at the Conference, IT IS ORDERED that:

1. Defendant has until April 10, 2018, to re-serve their discovery requests on Plaintiff;
2. If Plaintiff does not receive the discovery requests by April 20, 2018, Plaintiff shall notify the Court by filing a notice that he did not receive the discovery requests;
3. If Plaintiff fails to respond to the discovery requests, Plaintiff's case may be dismissed for failure to comply with court orders and failure to prosecute;
4. The non-expert discovery cutoff is extended to June 22, 2018;

///

///

1

5. The parties have until June 15, 2018,[1] to file motions to compel and for sanctions regarding the discovery discussed in this order; and

6. The Clerk of Court is directed to send Plaintiff a copy of the Scheduling Order (ECF No. 67).

IT IS SO ORDERED.

Dated: **April 10, 2018**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline was not stated on the record.